**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:10-cv-01830-DME-KMT

STEVAN WAYNE DITTMER, and
DEBRA ANN DITTMER

    Plaintiffs,

v.

HELLERSTEIN AND SHORE, P.C.; HOMEQ SERVICING; DEUTSCHE BANK NATIONAL TRUST COMPANY; and DOES 1-10, inclusive

    Defendants.

---

MOTION TO VACATE AND TO RESCHEDULE PREVIOUSLY ORDERED MEETING,
PLANNING AND CONFERENCE DATES FOLLOWING DETERMINATION
OF PENDING MOTIONS TO DISMISS FILED BY DEFENDANTS

---

    Defendant, Hellerstein and Shore, P.C. ("H&S"), by its counsel Hellerstein and Shore, P.C., moves this Court pursuant to pursuant to Rules 16(a)(3), 16(b)(2) and 26(a)(1)(A) of the Federal Rules of Civil Procedure to vacate and to reschedule the Court's previously ordered pre-trial meeting, planning and conference dates following the Court's determination of the pending motions to dismiss filed by Defendants herein, and as grounds therefor, states as follows:

1.      On August 9, 2010, the Court entered its Order Setting Rule 16(b) Scheduling Conference and Rule 26(f) Planning Meeting applicable to this case.

2.      Pending before and for determination by this Court are a Motion to Dismiss or for Summary Judgment filed by Defendant H&S, and a Motion to Dismiss Plaintiffs' Complaint filed by the other Defendants herein.

3.      This Defendant believes that conducting the pre-trial activities required under Fed.R.Civ.P. 16 and 26 in advance of the Court's ruling on the pending motions would be premature and potentially wasteful if this Court decides to dismiss one or more of Defendants from this case.

4.      Pursuant to D.C.Colo.LCivR 7.1.A, counsel for this Defendant left a voice mail message on Plaintiffs' telephone answering machine (719-495-0852) and sent Plaintiffs an email message (steve@agfreedom.org) the morning of October 4, 2010 requesting Plaintiffs' position on such a motion, but counsel has not yet heard back from Plaintiffs.  Counsel for this Defendant also contacted counsel for the other Defendants, who indicated those Defendants would not oppose such a motion.

WHEREFORE, Defendant respectfully requests the Court to vacate its previously ordered meeting, planning and conference dates and to reschedule the same, if required, following the Court's determination of Defendants' respective motions to dismiss.

Dated:  October 5, 2010

                                            HELLERSTEIN AND SHORE, P.C.

                                            By:  /s/ Scott D. Toebben
                                            David A. Shore, Colo. Registration No. 19973
                                            Scott D Toebben, Registration No. 19011
                                            Edward P. O'Brien, Colo. Registration No. 11572

                              Attorneys for Defendant, Hellerstein and Shore, PC
                              5347 South Valentia Way, Suite 100
                              Greenwood Village, Colorado 80111
                              303-573-1080; 303-571-1271 (fax)
                              stoebben@shoreattys.com
                              dshore@shoreattys.com
                              eobrien@shoreattys.com

## CERTIFICATE OF SERVICE

I certify that I served copies of the foregoing Motion to Vacate and to Reschedule Previously Ordered Meeting, Planning and Conference Dates following determination of Pending Motions to Dismiss filed by Defendants by depositing the same in the U.S. Mail, postage paid, to the following this fifth day of October, 2010:

| | |
|---|---|
| Stevan W. Dittmer | Debra A. Dittmer |
| 10720 S. Forest Dr. | 10720 S. Forest Dr. |
| Colorado Springs, CO 80908 | Colorado Springs, CO 80908 |

Starlet J. Japp
Houser & Allison, APC
Carlsbad Pacific Center I
701 Palomar Airport Rd, Suite 250
Carlsbad, CA 92011

                              /s/   Lauren E. Tew
                                  Lauren E. Tew